## REGISTERED MAIL RR 444 685 747 US

### VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE**: Alexander K. Sampler, Archdiocese of Portland, Portland, Oregon

and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

---

# THE TREATY OF THE HOUSE OF JOLING    Pages 242

### ISBN #  978-1-943278-57-2                    LCCN # 2015909655

---

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, And Acknowledged, On this __12__ Day, of __July__

for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly granted expressly reserved, all unalienable rights reserved,

_____

Notary Presenter/Acceptor, __Darrell Keith Boles__

My Commission Expires __June 10 2019__

```
OFFICIAL SEAL
DARRELL KEITH BOLES
NOTARY PUBLIC - OREGON
COMMISSION NO. 469091
MY COMMISSION EXPIRES JUNE 10, 2019
```

---

### (NOTARIAL AUTHENTICATION)

State of Oregon        }
                       }        sa
County of Multnomah    }

BEFORE ME, __William L. Kruse__, Appeared
Name of Notary Public

on this day __Darrell Keith Boles__ known or proved
Name of Signor

to me on the basis of satisfactory evidence to be the man who executed this instrument, and who acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this __12th__ day

Of __July__ Of the year of our Lord the Creator Two Thousand Fifteen.

_____

Notary Signature
Notary Seal >

```
OFFICIAL SEAL
WILLIAM L KRUSE
NOTARY PUBLIC - OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016
```

Registered No.
RR 444 685 398 US

RR 444 685 398 US

| Postage $ | Extra Services & Fees (continued) | |
|---|---|---|
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ | | |
| ☐ Return Receipt (electronic) $ | Total Postage & Fees $ | |
| ☐ Restricted Delivery $ | | |
| Customer Must Declare Full Value $ 100.00 | Received by | USPS Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**To Be Completed By Post Office**

## OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
C/o Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

TO
Juan Zaragoza Gomez
Sec of The Treasury of Puerto Rico
16 Paseo Casadelnga
San Juan, Puerto Rico 00901

PS Form **3806, Registered Mail Receipt**          Copy 1 - Customer
April 2015, PSN 7530-02-000-9051          (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

**U.S. POSTAL SERVICE**  **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER ·

Received From:
C/o Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

One piece of ordinary mail addressed to:
Juan Zaragoza Gomez
Office Sec. Treasury Puerto Rico
Dept. de Hacienda 16 Paseo Condado
San Juan, Puerto Rico 00901

PS Form **3817, Mar. 1989**

Affix fee here in stamps
or meter postage and
post mark. Inquire of
Postmaster for current
fee.

USA

USA

NON-MACHINEABLE SURCHARGE

## REGISTERED MAIL RR 444 685 398 US

### VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE**: Zaragoza Gomez, Office of the Secretary of the Treasury of Puerto Rico

and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

---

# THE TREATY OF THE HOUSE OF JOLING    Pages 242

**ISBN # 978-1-943278-57-2**          **LCCN # 2015909655**

---

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, And Acknowledged, On this \_\_12\_\_ Day, of \_\_July\_\_ for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly granted, expressly reserved, all unalienable rights reserved,

_(signature)_ (Seal)
Notary Presenter/Acceptor Darrell Keith Boles
My Commission Expires June 10 2016

**OFFICIAL SEAL**
**DARRELL KEITH BOLES**
NOTARY PUBLIC – OREGON
COMMISSION NO. 489091
MY COMMISSION EXPIRES JUNE 10, 2016

---

### (NOTARIAL AUTHENTICATION)

State of Oregon }
                }  sa
County of Multnomah }

BEFORE ME, _William L. Kruse_ , Appeared
*Name of Notary Public*

on this day _Darrell Keith Boles_ known or proved
*Name of Signor*

to me on the basis of satisfactory evidence to be the man who executed this instrument, and who acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this _12th_ day

Of _July_. Of the year of our Lord the Creator Two Thousand Fifteen.

_(signature)_

Notary Signature
Notary Seal >

**OFFICIAL SEAL**
**WILLIAM L KRUSE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016

Registered No.

RR 444 685 415 US

RR 4446 685 415 US

| Postage $ | Extra Services & Fees (continued) |
|---|---|
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Total Postage & Fees $ 24.65 |
| ☐ Restricted Delivery $ | Received by |
| Customer Must Declare Full Value $ 1,000.00 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

FROM:
C/o Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

TO:
Loretta Lynch
Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0001

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

**CERTIFICATE OF MAILING**

**U.S. POSTAL SERVICE**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
C/o Notary Acceptor
8316 N. Lombard #357
Portland Oregon 97203

One piece of ordinary mail addressed to:
Loretta Lynch
Attorney General of the U.S.
950 Pennsylvania Ave. N.W
Washington D.C. 20530-0001

PS Form **3817**, Mar. 1989

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

USA NON-MACHINEABLE SURCHARGE

USA NON-MACHINEABLE SURCHARGE

# REGISTERED MAIL RR 444 685 415 US

## VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE: Loretta Lynch, Office of the Attorney General of the United States**

. and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

---

# THE TREATY OF THE HOUSE OF JOLING     Pages 242

### ISBN # 978-1-943278-57-2                    LCCN # 2015909655

---

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, and Acknowledged, On this 12 Day, of July
for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly
granted, expressly reserved, all unalienable rights reserved,

(Seal)
Notary Presenter/Acceptor.   Darrell Keith Boles
My Commission Expires   June 10 2016

OFFICIAL SEAL
DARRELL KEITH BOLES
NOTARY PUBLIC – OREGON
COMMISSION NO. 489031
MY COMMISSION EXPIRES JUNE 10, 2016

---

### (NOTARIAL AUTHENTICATION)

State of Oregon }
}          sa
County of Multnomah }

BEFORE ME, **William L. Kruse** , Appeared
*Name of Notary Public*

on this day **Darrell Keith Boles** known or proved
*Name of Signor*

to me on the basis of satisfactory evidence to be the man  who executed this instrument, and who acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this 12th day

Of July Of the year of our Lord the Creator Two Thousand and Fifteen.

Notary Signature
Notary Seal >

OFFICIAL SEAL
WILLIAM L KRUSE
NOTARY PUBLIC-OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016

Registered No.
RR 444 685

Postage $

Extra Services & Fees
(continued)

☐ Signature Confirmation
$

Extra Services & Fees

☐ Registered Mail $

☐ Return Receipt
(hardcopy) $

☐ Signature Confirmation
Restricted Delivery
$

☐ Return Receipt
(electronic) $

☐ Restricted Delivery $

Total Postage & Fees
$  24.03

Customer Must Declare
Full Value
$ 100 ∞

Received by

Date Stamp

KING CITY OR
JUL 15 2015

**L RR 444 685 407 US**

Includes insurance up to $50,000
is included based upon the
declared value. International
Indemnity is limited. (See Reverse).

To Be Completed
By Post Office

## OFFICIAL USE

To Be Completed By Customer
(Please Print)
All Entries Must Be In Ballpoint or Typed

FROM

C/O Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

TO

Director of Foreign Assets Co.
Department of the Treasury
1500 Pennsylvania NW Annex
Washington, DC 20220

PS Form **3806, Registered Mail Receipt**          Copy 1 - Customer
April 2015, PSN 7530-02-000-9051          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

U.S. POSTAL SERVICE          **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

C/O Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

One piece of ordinary mail addressed to:

Director office of Foreign Asset Con.
Department of the Treasury
1500 Pennsylvania Ave NW Annex
Washington, D.C. 20220

PS Form **3817, May 1989**

Affix fee here in stamps
or meter postage and
post mark. Inquire of
Postmaster for current
fee.

USA
NON-MACHINEABLE SURCHARGE

## REGISTERED MAIL RR 444 685 407 US

### VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE: The Current acting Director of the Office of Foreign Assets Control,**

**Department of Treasury, United States**

and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

---

# THE TREATY OF THE HOUSE OF JOLING   Pages 242

### ISBN # 978-1-943278-57-2               LCCN # 2015909655

---

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, And Acknowledged, On this ___ Day, of _____
for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly
granted, expressly reserved, all unalienable rights reserved,

_____ (Seal)
Notary Presenter/Acceptor
My Commission Expires _____



OFFICIAL SEAL
DARRELL KEITH BOLES
NOTARY PUBLIC – OREGON
COMMISSION NO. 469091
MY COMMISSION EXPIRES JUNE 10, 2016

---

### (NOTARIAL AUTHENTICATION)

State of Oregon       }
                      }        sa
County of Multnomah   }

BEFORE ME, __William L. Kruse_____ , Appeared
*Name of Notary Public*

on this day __Darrell Keith Boles_____ known or proved
*Name of Signor*

to me on the basis of satisfactory evidence to be the man who executed this instrument, and who

acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this __12th__ day

Of __July__. Of the year of our Lord the Creator Two Thousand Fifteen.

Notary Signature
Notary Seal >

OFFICIAL SEAL
WILLIAM L KRUSE
NOTARY PUBLIC-OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016

Registered No.

Date Stamp

RR 444 685 367 US

Postage $ 12.65

Extra Services & Fees
☐ Registered Mail $ 12.20
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Extra Services & Fees (continued)
☐ Signature Confirmation
$
☐ Signature Confirmation Restricted Delivery
$

Total Postage & Fees
$ 24.85

Customer Must Declare Full Value
$ 100.00

Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Post Office

FROM
C/o Notary Acceptor,
8316 N. Lombard #357
Portland, Oregon 97203

TO
Megan J. Brennan
Postmaster General US
475 L'Enfant Plaza SW
Washington, D.C. 20260

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**U.S. POSTAL SERVICE**   **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
C/o Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

One piece of ordinary mail addressed to:
Megan J. Brennan
Postmaster General of U.S.
475 L'Enfant plaza S.w
Washington D.C. 20260

PS Form **3817, May. 1989**

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

## REGISTERED MAIL RR 444 685 367 US

### VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE**: Megan J. Brennan, Postmaster General of the United States, and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

---

# THE TREATY OF THE HOUSE OF JOLING    Pages 242

### ISBN # 978-1-94327-57-2          LCCN # 2015909655

---

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, And Acknowledged, On this **12** Day, of **July**
for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly granted, expressly reserved, all unalienable rights reserved,

_____ (Seal)
Notary Presenter/Acceptor *Darrell Keith Boles*
My Commission Expires *June 10 2016*



OFFICIAL SEAL
DARRELL KEITH BOLES
NOTARY PUBLIC – OREGON
COMMISSION NO. 459001
MY COMMISSION EXPIRES JUNE 10, 2016

---

### (NOTARIAL AUTHENTICATION)

State of Oregon  }
                 }  sa
County of Multnomah  }

BEFORE ME, **William L Kruse**, Appeared
*Name of Notary Public*

on this day **Darrell Keith Boles** known or proved
*Name of Signor*

to me on the basis of satisfactory evidence to be the man who executed this instrument, and who acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this **12th** day

Of **July** Of the year of our Lord the Creator Two Thousand Fifteen.

_____
Notary Signature
Notary Seal >

OFFICIAL SEAL
WILLIAM L KRUSE
NOTARY PUBLIC-OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016

Date Stamp

**L RR 444 685 353 US**

Extra Services & Fees
(continued)
☐ Signature Confirmation
$
☐ Signature Confirmation
Restricted Delivery
$

Services & Fees
...gistered Mail $
...Return Receipt
(hardcopy) $
☐ Return Receipt
(electronic) $
☐ Restricted Delivery $

Total Postage & Fees
$

Customer Must Declare
Full Value
$ 100 ∞

Received by

Domestic Insurance up to $50,000
is included based upon the
declared value. International
indemnity is limited. (See Reverse).

## OFFICIAL USE

FROM

C/o Notary Acceptor
8316 N Lombard #357
Portland, Oregon 97203

TO

Beshar Abderahman Hussein
Director General of UPU
Case Postale 13,
3000 Berne 15 Switzerland

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April  2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**U.S. POSTAL SERVICE**    **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER ·

Received From:

C/o Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

One piece of ordinary mail addressed to:

Beshar Abderahman Hussein
Office of Universal postal Union
Case Postale 13 3000
Berne 15. Switzerland

PS Form 3817, Mar. 1989

Affix fee here in stamps
or meter postage and
post mark. Inquire of
Postmaster for current
fee.

USA

USA
NON-MACHINEABLE SURCHARGE

## REGISTERED MAIL RR 444 655 353 US

### VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE**: Bishar Abdirahman Hussein, Office of Director General of the UPU, and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

---

# THE TREATY OF THE HOUSE OF JOLING    Pages 242

### ISBN # 978-1-943278-57-2          LCCN # 2015909655

---

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, And Acknowledged, On this 12th Day, of July

for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly

granted, expressly reserved, all unalienable rights reserved,

Notary Presenter/Acceptor  Darrell Keith Boles

My Commission Expires  June 10 2016

**OFFICIAL SEAL**
**DARRELL KEITH BOLES**
NOTARY PUBLIC – OREGON
COMMISSION NO. 4○○○○
MY COMMISSION EXPIRES JUNE 1○ ○ ○

---

### (NOTARIAL AUTHENTICATION)

State of Oregon    }
                   }    sa
County of Multnomah }

BEFORE ME, **William L. Kruse**, Appeared
_Name of Notary Public_

on this day **Darrell Keith Boles** known or proved
_Name of Signor_

to me on the basis of satisfactory evidence to be the man who executed this instrument, and who

acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this 12 day

of July . Of the year of our Lord the Creator Two Thousand Fifteen.

Notary Signature
Notary Seal >

**OFFICIAL SEAL**
**WILLIAM L KRUSE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016

**Registered No.** RVRVI4 ... **Date Stamp**

| Postage $ | Extra Services & Fees *(continued)* | |
|---|---|---|
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ | | |
| ☐ Return Receipt (electronic) $ | Total Postage & Fees $ 2482 | |
| ☐ Restricted Delivery $ | | |
| Customer Must Declare Full Value $ 00 ce | Received by | Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

**RR 444 685 340 US**

## OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM:
C/o Notary Acceptor
8316 N. Lombard 357
Portland, Oregon 97203

TO:
Library of Congress
101 Independence Ave SE
Washington, DC 20540-4283

**PS Form 3806, Registered Mail Receipt**   Copy 1 - Customer
April 2015, PSN 7530-02-000-9051   *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com ®*

---

**U.S. POSTAL SERVICE**   **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
C/o Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

One piece of ordinary mail addressed to:
Library of Congress
U.S. Programs & Cataloging
101 Independence Avenue SE.
Washington, D.C. 20540-4283

**PS Form 3817, Mar. 1989**

Affix fee here in stamps
or meter postage and
post mark. Inquire of
Postmaster for current
fee.

## REGISTERED MAIL RR 444 685 340 US

### VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE**:

**Library of Congress, US Programs, Law, and Literature Division, Cataloging Publications Program,**

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

---

# THE TREATY OF THE HOUSE OF JOLING     Pages 242

### ISBN # 978-1-943278-57-2          LCCN # 2015909655

---

**APPLICABLE LAW: ALL DELEGATED POWERS** OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT, 12 STAT, CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, And Acknowledged, On this 12th Day, of July for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly granted, expressly reserved, all unalienable rights reserved,

Notary Presenter/Acceptor _Darrell Keith Boles_
My Commission Expires _June 10, 2016_

OFFICIAL SEAL
DARRELL KEITH BOLES
NOTARY PUBLIC – OREGON
COMMISSION NO. 463001
MY COMMISSION EXPIRES JUNE 10, 2016

---

### (NOTARIAL AUTHENTICATION)

State of Oregon        }
                       }        sa
County of Multnomah    }

BEFORE ME, _William L. Kruse_ , Appeared
(Name of Notary Public)

on this day _Darrell Keith Boles_ known or proved
(Name of Signor)

to me on the basis of satisfactory evidence to be the man who executed this instrument, and who acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this _12_ day

Of _July_ Of the year of our Lord the Creator Two Thousand Fifteen.

Notary Signature
Notary Seal >

OFFICIAL SEAL
WILLIAM L KRUSE
NOTARY PUBLIC-OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016



**Registered No.** RR 444 685 764

Postage $ 12 65

**Extra Services & Fees**
☐ Registered Mail $ 12.20
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

**Extra Services & Fees**
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $ 24.15

**Received by**

Customer Must Declare Full Value $ 100.00

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

**RR 444 685 764 US**

## OFFICIAL USE

**FROM**
C/o Notary Acceptor
8316 N. Lombard #351
Portland, Oregon 97203

**TO**
Christine Lagarde
Managing Director of IMF Fund
700 19th Street N.W.
Washington, DC 20431

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®
Copy 1 - Customer
(See Information on Reverse)

### U.S. POSTAL SERVICE   CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
C/o Notary Acceptor
8316 N. Lombard #351
Portland, Oregon 97203

One piece of ordinary mail addressed to:
Christine Lagarde
Managing Director IMF Fund
700 19th St. N.W.
Washington, DC 20431

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current

PS Form **3817, Mar. 1989**

v

## REGISTERED MAIL RR 444 685 764 US

## VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE**:  Christine Lagarde, Managing Director, **INTERNATIONAL MONETARY FUND**, Washington, D.C.

and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

| |
|---|
| # THE TREATY OF THE HOUSE OF JOLING     Pages 242 |
| **ISBN #  978-1-943278-57-2**              **LCCN # 2015909655** |

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed. And Acknowledged, On this __12__ Day, of __July__

for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly

granted, expressly reserved, all unalienable rights reserved,

_____ (Seal)
Notary Presenter/Acceptor, Darrell Keith Boles
My Commission Expires June 10 2016



**OFFICIAL SEAL
DARRELL KEITH BOLES
NOTARY PUBLIC – OREGON
COMMISSION NO. 469091
MY COMMISSION EXPIRES JUNE 10, 2016**

---

**(NOTARIAL AUTHENTICATION)**

State of Oregon     }
                    }  ss
County of Multnomah }

BEFORE ME, __William L. Kruse__ , Appeared
*Name of Notary Public*

on this day __Darrell Keith Boles__ known or proved
*Name of Signor*

to me on the basis of satisfactory evidence to be the man  who executed this instrument, and who

acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this __12__ day

Of __July__. Of the year of our Lord the Creator Two Thousand Fifteen.

_____

Notary Signature
Notary Seal >

**OFFICIAL SEAL
WILLIAM L KRUSE
NOTARY PUBLIC-OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016**

| Postage $ | Extra Services & Fees (continued) | |
|---|---|---|
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ | | |
| ☐ Return Receipt (electronic) $ | Total Postage & Fees | |
| ☐ Restricted Delivery $ | $ | |
| Customer Must Declare Full Value $ | Received by | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

Date Stamp

(postmark: KING CITY OR 97224 — JUL 14 2015 — USPS)

**L RR 444 685 720 US**

## OFFICIAL USE

FROM: C/o Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

TO: Craig Zanni
Sheriff of Coos County
250 N. Baxter
Coquille, Oregon 97423

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

**U.S. POSTAL SERVICE**    **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER·

Received From:
C/o Notary Acceptor
8316 N Lombard #357
Portland, Oregon 97203

One piece of ordinary mail addressed to:
Craig Zanni
Coos County Sheriff
250 N. Baxter
Coquille, Oregon 97423

PS Form 3817, Mar. 1989

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current

(postmark: KING CITY OR 97224 — JUL 14 2015 — USPS — NON-MACHINABLE SURCHARGE)

## REGISTERED MAIL RR 444 685 720 US

## VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE: Craig Zanni, Coos County Sheriff, Coquille, Oregon**

and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

# THE TREATY OF THE HOUSE OF JOLING    Pages 242

### ISBN #  978-1-943278-57-2              LCCN # 2015909655

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, And Acknowledged, On this __12__ Day, of __July__ for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly granted, expressly reserved, all unalienable rights reserved,

Notary Presenter/Acceptor
My Commission Expires



OFFICIAL SEAL
DARRELL KEITH BOLES
NOTARY PUBLIC – OREGON
COMMISSION NO. 469091
MY COMMISSION EXPIRES JUNE 10, 2016

---

### (NOTARIAL AUTHENTICATION)

State of Oregon }
                } ss
County of Multnomah }

BEFORE ME, __William L. Kruse__ , Appeared
*Name of Notary Public*

on this day __Darrell Keith Boles__ known or proved
*Name of Signor*

to me on the basis of satisfactory evidence to be the man who executed this instrument, and who

acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this __12__ day

Of __July__. Of the year of our Lord the Creator Two Thousand Fifteen.

Notary Signature
Notary Seal >

OFFICIAL SEAL
WILLIAM L KRUSE
NOTARY PUBLIC-OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016

RR 444 685 716 US

| | |
|---|---|
| Postage $ _12 65_ | Extra Services & Fees *(continued)* |
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Total Postage & Fees $ _24.75_ |
| ☐ Restricted Delivery $ | |
| Customer Must Declare Full Value $ _100_ | Received by | Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse). |

**To Be Completed By Post Office**

## OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM:
C/o Notary Acceptor
8316 N. Lombard #357
Portland, Oregon 97203

TO:
Terri Turi
County Clerk
250 N. Baxter
Coquille, Oregon 97423

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer
*(See Information on Reverse)*

---

U.S. POSTAL SERVICE   **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
C/o Notary Acceptor
8316 N. Lombard #357
Portland Oregon 97203

One piece of ordinary mail addressed to:
Terri-Turi clerk
Coos County Recording Clerk
250 N. Baxter
Coquille, Oregon 97423

PS Form 3817, Mar. 1989

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current

## REGISTERED MAIL RR 444 685 716 US

### VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE**: Terri Turi, Clerk, Coos County Recording Clerk, Coquille, Oregon

and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

---

# THE TREATY OF THE HOUSE OF JOLING    Pages 242

### ISBN #  978-1-943278-57-2              LCCN # 2015909655

---

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS: 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, And Acknowledged, On this _12_ Day, of _July_
for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly
granted, expressly reserved, all unalienable rights reserved,



_____ (Seal)
Notary Presenter/Acceptor. _Darrell Keith Boles_
My Commission Expires _June 10 2016_

**OFFICIAL SEAL**
**DARRELL KEITH BOLES**
**NOTARY PUBLIC – OREGON**
**COMMISSION NO. 469091**
**MY COMMISSION EXPIRES JUNE 10, 2016**

---

### (NOTARIAL AUTHENTICATION)

State of Oregon        }
                       }        sa
County of Multnomah    }

BEFORE ME, _William L. Kruse_ _____ , Appeared
          *Name of Notary Public*

on this day _Darrell Keith Boles_ _____ known or proved
            *Name of Signor*

to me on the basis of satisfactory evidence to be the man  who executed this instrument, and who

acknowledged to me that he executed the same under his free will act and deed. Appeared before me.

Witness and Given under my Hand and Official seal of office this _12th_ day

Of _July_ Of the year of our Lord the Creator Two Thousand Fifteen.

Notary Signature
Notary Seal >

**OFFICIAL SEAL**
**WILLIAM L KRUSE**
**NOTARY PUBLIC-OREGON**
**COMMISSION NO. 471513**
**MY COMMISSION EXPIRES SEPTEMBER 09, 2016**

Registered No. RR 444685 702 US

Postage $ /2 65

Extra Services & Fees

☐ Registered Mail $ /2 20

☐ Return Receipt (hardcopy) $

☐ Return Receipt (electronic) $

☐ Restricted Delivery $

Customer Must Declare Full Value $ /00 00

Extra Services & Fees (continued)

☐ Signature Confirmation $

☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ 24.85

Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

Date Stamp

KING CITY OR 97224 JUL 14 2015 USPS

RR 444 685 702 US

**OFFICIAL USE**

To Be Completed By Post Office

FROM

C/o Notary Acceptor,
8316 N. Lombard #357
Portland, Oregon. 97203

TO

Judge Frank R. Alley,
United States Bankruptcy Court,
405, E, 9th Avenue #2600
Eugene, Oregon 97401

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

---

**CERTIFICATE OF MAILING**

U.S. POSTAL SERVICE

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

C/o Notary Acceptor,
8316 N. Lombard #357
Portland, Oregon 97203

One piece of ordinary mail addressed to:

Frank R. Alley III
Judge U.S. Bankruptcy Court
405 E 8th Avenue #2600
Eugene, Oregon 97401

PS Form 3817, Mar. 1989

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current

KING CITY OR 97224 JUL 14 2015 USPS

USA

USA

NON-MACHINEABLE SURCHARGE

## REGISTERED MAIL RR 444 685 702 US

### VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR:** NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state of Union Citizen, non-citizen national.

**SHIPPER:** US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE: Frank R. Alley, III Judge, United District Bankruptcy Court, Eugene, Oregon**

and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**CARGO MANIFEST:** THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

> # THE TREATY OF THE HOUSE OF JOLING     Pages 242
> ### ISBN #  978-1-943278-57-2           LCCN # 2015909655

**APPLICABLE LAW:** ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS, AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT

**THIS BILL OF LADING CONSTITUTES** 1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST; 2) EVIDENCE OF CONTRACT OF CARRIAGE; 3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE; 4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENT TO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW

Executed, Authenticated, Annexed, And Acknowledged, On this 12 Day, of July for the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly granted, expressly reserved, all unalienable rights reserved,

_____ (Seal)
Notary Presenter/Acceptor Darrell Keith Boles
My Commission Expires June 10 2016

**OFFICIAL SEAL**
**DARRELL KEITH BOLES**
NOTARY PUBLIC – OREGON
COMMISSION NO. 469091
MY COMMISSION EXPIRES JUNE 10, 2016

---

### (NOTARIAL AUTHENTICATION)

State of Oregon      }
                     }      sa
County of Multnomah  }

BEFORE ME, __William L. Kruse__, Appeared
*Name of Notary Public*

on this day __Darrell Keith Boles__ known or proved
*Name of Signor*

to me on the basis of satisfactory evidence to be the man who executed this instrument, and who acknowledged to me that he executed the same under his free will act and deed. Appeared before me. Witness and Given under my Hand and Official seal of office this 12th day

Of July Of the year of our Lord the Creator Two Thousand Fifteen.

_____

Notary Signature
Notary Seal >

**OFFICIAL SEAL**
**WILLIAM L KRUSE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 471513
MY COMMISSION EXPIRES SEPTEMBER 09, 2016

# REGISTERED MAIL    RR 444 685 821 US

| U.S. POSTAL SERVICE    **CERTIFICATE OF MAILING** |
| --- |
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER |

Received From:

C/o *Notary Acceptor*
*8316 N. Lombard*
*Portland, Oregon 97203*

One piece of ordinary mail addressed to:

*Mary L. Moran Clerk of*
*United States District Court*
*405 E. 8th Avenue #2100*
*Eugene, Oregon 97401*

PS Form 3817, Mar. 1989

# VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**SENDER/CONSIGNOR**: NOTARY PRESENTER/ACCEPTOR, , as "presentment AGENT" and witness for a private state Citizen, national.
**SHIPPER**: US POST OFFICE REGISTERED MAIL

**RECIPIENT/CONSIGNEE:    Mary L. Moran, Clerk, UNITED STATES DISTRICT COURT, EUGENE**
and all agents, officers, officials, representatives, personnel, employees, and parties acting in concert therewith as vessels of the United States and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;
**CARGO MANIFEST**: THIS BILL OF LADING WITH AUTHENTICATION AND CERTIFICATE OF SERVICE THEREOF, WITH CARGO CONTAINED HEREIN, ANNEXED HERETO AND BY THIS REFERENCE MADE A PART HEREOF AS THOUGH FULLY SET FORTH HEREIN, AND ITEMIZED HEREUNDER AS FOLLOWS:

---

**NOTICE OF ADJUDICATIVE FACTS REQUIRING MANDATORY JUDICIAL NOTICE        10  Pages**
**Evidence 1. "The Treaty of The House of Joling." 242 pages – Evidence 2. "Bill of Ladings under Registered Mail,  86 pages**
**5 copies  of "Notice of Adjudicative Facts Requiring Mandatory Judicial Notice -10 pages each**
    **5 copies – Evidence 1"The Treaty of The House of Joling." 242 pages each– 5 copies Evidence 2 – Bills of Lading, 86 pages**

---

**APPLICABLE LAW**: ALL DELEGATED POWERS OF OFFICE MANDATING FIDUCIARY DUTY TO UPHOLD PUBLIC TRUST ON BEHALF OF GOVERNMENT AND PEOPLE [63C Am.Jur.2d §247]; USA FULL FAITH AND CREDIT. 12 STAT. CHAPTER 115 SECTIONS 1738, 1739; INTERNATIONAL UNIVERSAL POSTAL UNION REGULATIONS AND TREATIES; ALL GENERAL ADMIRALTY LAWS, E.G., SUITS IN ADMIRALTY ACT, BILLS OF LADING ACT, ADMIRALTY EXTENSION ACT, FOREIGN SOVEREIGN IMMUNITIES ACT, PUBLIC VESSELS ACT, [28 USC 1333, 1337, 2461, 2463], 5 STAT. 516, CH. 188, §; ALL ACCEPTED OATHS, CONTRACTS OF EMPLOYMENT, BONDS, UNDERWRITING OF OFFICE; ALL APPLICABLE MISSION STATEMENTS, TAX LAWS,  AND DELEGATED POWERS; 25 CFR 11.432 IMPERSONATING A PUBLIC SERVANT.

**THIS BILL OF LADING CONSTITUTES**
1) RECEIPT EVIDENCING SHIPMENT OF GOODS ON BOARD IN GOOD ORDER AND GOOD CONDITION PURSUANT TO CONTRACTUAL AND FIDUCIARY CONSIGNMENT IN TRUST;
2) EVIDENCE OF CONTRACT OF CARRIAGE;
3) DOCUMENT OF TITLE, RIGHT OF POSSESSION, KEY TO THE WAREHOUSE;
4) NOTICE OF LIABILITIES, CRIMINAL PENALTIES, WAIVER OF IMMUNITY, CONSENTTO BE LIENED IN PERSONAL AND OFFICIAL CAPACITY FOR NON-ACCEPTANCE, DELAY, TAMPERING, NON-DELIVERY, OR NON-COMPLIANCE WITH ALL FIDUCIARY DUTIES AND APPLICABLE LAW.

Executed and Acknowledged, On This _19th_ Day of August of the Year Two Thousand and Fifteen for our Lord the Creator; all rights not expressly granted, expressly reserved, all unalienable rights reserved.

Notary Signature        Notary Seal >

| OFFICIAL SEAL |
| --- |
| **DARRELL KEITH BOLES** |
| **NOTARY PUBLIC – OREGON** |
| **COMMISSION NO. 469091** |
| MY COMMISSION EXPIRES JUNE 10, 2018 |



State of Oregon        }
                       }  sa
County of Multnomah    }

BEFORE ME, *William L. Kruse*, appeared
*Name of Notary Public*